**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)                    Case Number **13–41098**

| UNITED STATES BANKRUPTCY COURT Eastern District of Texas |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/30/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marian Popescu<br>6509 Lantana Dr.<br>Denton, TX 76208 | Anaid Popescu<br>6509 Lantana Dr.<br>Denton, TX 76208 |
| Case Number:<br>13–41098 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–9267<br>xxx–xx–8331 |
| Attorney for Debtor(s) (name and address):<br>David S. Kohm<br>14131 Midway Road, Suite 120<br>Addison, TX 75001<br>Telephone number:  972–701–9222 | Bankruptcy Trustee (name and address):<br>Michelle Chow<br>4115 N. Central Expressway<br>Dallas, TX 75204<br>Telephone number:  (214) 521–6627 |

## Meeting of Creditors

Date:  **May 24, 2013**                                        Time:  **02:45 PM**

Location:  **1600 N. Central Expressway, Plano, TX 75074**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/23/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number:  (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  5/1/13 |

## EXPLANATIONS                                     B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                  Case No. 13-41098-btr
Marian Popescu                                                          Chapter 7
Anaid Popescu
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4            User: alcaraze          Page 1 of 3          Date Rcvd: May 01, 2013
                               Form ID: B9a            Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db/db        +Marian Popescu,  Anaid Popescu,  6509 Lantana Dr.,   Denton, TX 76208-7319
6531794      +Allied Interstate,  P.O. Box 361343,  Columbus, OH 43236-1343
6531798       Attorney General,  Collection Division/BK Sec.,  PO Box 12548,  Austin, TX 78711-2548
6531800      +Bed Bath & Beyond US Bank,  PO BOX 790408,  St. Louis, MO 63179-0408
6531801      +Bill Me Later,  PO BOX 105658,  Atlanta, GA 30348-5658
6531803       Capital Management Services,  6981/2 South Ogden Street,  Buffalo NY 14206
6531806      +Chase Ink.,  PO BOX 94014,  Palatine, IL 60094-4014
6531807      +Citi Advantage,  Processing Center,  Des Moines, IN 50364-0001
6531808      +Citi Forward,  Processing Center,  Des Moines, IN 50364-0001
6531809      +Citi Thank You,  Processing Center,  Des Moines, IA 50363-0001
6531810      +Client Services Inc.,  PO BOX 1503,  St. Peters, MO 63376-0027
6531813      +Dicover,  PO BOX 29033,  Phoenix, AZ 85038-9033
6531814      +Encore Receivables Manaement Inc.,  400 N Rogers Road,  PO BOX 3330,  Olather, KS 66063-3330
6531817      +GE Transportation Financial,  PO BOX 822108,  Philadelphia, PA 19182-2108
6531818      +GE Transportation Financial,  1010 Thomas Edison Blvd. SW,  Cedar Rapids, IA 52404-8247
6531819      +Genpact Series LLC,  PO BOX 1969,  Southgate, MI 48195-0969
6531820      +Harris Bank,  PO BOX 5043,  Rolling Meadows, IL 60008-5043
6531821      +Integrity Fianancial Partners,  4370 W. 109th Street #100,  Overland Park, KS 66211-1316
6531823      +Macy's,  PO BOX 195,  Des Moines, IA 50301-0195
6531827      +Parking Violation Bureau,  PO BOX 30420,  Los Angeles, CA 90030-0420
6531828      +Saks Fifth Avenue,  PO BOX 60504,  City Of Industry, CA 91716-0504
6531811      ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,  REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
                PO BOX 13528,  AUSTIN TX 78711-3528
              (address filed with court:  Comptroller of Public Accounts,  Revenue Acct. Division,
                PO Box 13528,  Austin, TX 78711)
6531834      +TJX Rewards Master Card,  PO BOX 103104,  Roseville GA 30076-9104
6531829       Texas Alcohol Beverage Commission,  License & Permit Division,  PO Box 13127,
                Austin, TX 78711-3127
6531831      +The Home Depot,  Processeing Center,  Des Moines, IA 50364-0001
6531838      +US Bank/Hobby Lobby,  PO BOX 790408,  St. Louis, MO 63179-0408
6531835       United States Attorney,  3rd Floor, 1100 Commerce St.,  Dallas, TX 75242
6531843      +Zwicker & Associates P.C.,  80 Minuteman Road,  Andover, MA 01810-1008


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: bankruptcy@attorneykohm.com May 02 2013 03:25:30    David S. Kohm,
                14131 Midway Road, Suite 120,  Addison, TX  75001
tr           +EDI: QMHCHOW.COM May 02 2013 02:43:00    Michelle Chow,  4115 N. Central Expressway,
                Dallas, TX 75204-2126
ust          +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov May 02 2013 03:46:38    US Trustee,
                Office of the U.S. Trustee,  110 N. College Ave.,  Suite 300,  Tyler, TX 75702-7231
6531796      +EDI: AMEREXPR.COM May 02 2013 02:43:00    American Express,  PO BOX 650448,
                Dallas, TX 75265-0448
6531797      +EDI: WFNNB.COM May 02 2013 02:43:00    Ann Taylor,  PO BOX 659569,  San Antonio, TX 78265-9569
6531799       EDI: TSYS2.COM May 02 2013 02:43:00    Barclay Card Services,  P.O. Box 13337,
                Philadelphia, PA  19101-3337
6531802      +EDI: TSYS2.COM May 02 2013 02:43:00    Bloomingdale's,  PO BOX 183083,
                Columbus, OH 43218-3083
6531804      +EDI: CAPITALONE.COM May 02 2013 02:43:00    Capital One Bank,  PO BOX 60599,
                City of Industry, CA 91716-0599
6531805      +EDI: CHASE.COM May 02 2013 02:43:00    Chase Freedom,  PO BOX 94014,  Palatine, IL 60094-4014
6531812       E-mail/Text: bankruptcy@attorneykohm.com May 02 2013 03:25:30    David S. Kohm,
                1414 W. Randol Mill Rd., Suite 118,  Arlington, TX 76012
6531815      +EDI: RMSC.COM May 02 2013 02:43:00    GE Capital Retail Bank,  P.O. Box 103104,
                Roswell, GA 30076-9104
6531816      +EDI: RMSC.COM May 02 2013 02:43:00    GE Capital/Discount Tire,  PO BOX 960061,
                Orlando, FL 32896-0061
6531822       EDI: IRS.COM May 02 2013 02:43:00    Internal Revenue Service,  P.O. Box 7346,
                Philadelphia, PA 19101-7346
6531824      +EDI: TSYS2.COM May 02 2013 02:43:00    Macy's American Express,  PO BOX 183084,
                Columbus, OH 43218-3084
6531825      +EDI: HFC.COM May 02 2013 02:43:00    Neiman Marcus,  PO BOX 5235,  Carol Stream, IL 60197-5235
6531826      +EDI: RMSC.COM May 02 2013 02:43:00    Old Navy,  PO BOX 960017,  Orlando, FL 32896-0017
6531833      +EDI: RMSC.COM May 02 2013 02:43:00    TJX Rewards,  PO BOX 530948,  Atlanta, GA 30353-0948
6531832      +EDI: RMSC.COM May 02 2013 02:43:00    TJX Rewards,  PO BOX 530949,  Atlanta, GA 30353-0949
6531830      +E-mail/Text: redpacer@twc.state.tx.us May 02 2013 03:39:33    Texas Workforce Commission,
                Tax Dept. Collection,  BK Room 556-A,  Austin, TX 78778-0001
6531837       EDI: USBANKARS.COM May 02 2013 02:43:00    US Bank,  P.O. Box 108,  St Louis MO 63166
6531839      +EDI: USBANKARS.COM May 02 2013 02:43:00    US Bank/Kroger,  PO BOX 790408,
                St Louis, MO 63179-0408
6531836       E-mail/Text: ustpregion06.ty.ecf@usdoj.gov May 02 2013 03:46:38    United States Trustee,
                1100 N College Ave,  Tyler, TX  75702
6531840      +EDI: RMSC.COM May 02 2013 02:43:00    Walmart,  PO BOX 530927,  Atlanta, GA 30353-0927

```
District/off: 0540-4          User: alcaraze          Page 2 of 3          Date Rcvd: May 01, 2013
                              Form ID: B9a            Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
6531842      +EDI: RMSC.COM May 02 2013 02:43:00      Walmart Discover,   PO BOX 960024,
              Olrando, FL 32896-0024
6531841      +EDI: RMSC.COM May 02 2013 02:43:00      Walmart Discover,   PO BOX 960024,
              Orlando, FL 32896-0024
                                                                          TOTAL: 25
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6531795    ##+Allied Interstate, Inc.,   435 Ford Road, Suite 800,   Minneapolis, MN 55426-1066
                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**                    **Signature:** _____

```
District/off: 0540-4          User: alcaraze          Page 3 of 3          Date Rcvd: May 01, 2013
                              Form ID: B9a            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2013 at the address(es) listed below:
         David S. Kohm    on behalf of Debtor Anaid  Popescu bankruptcy@attorneykohm.com,
         michaelb@attorneykohm.com
         David S. Kohm    on behalf of Debtor Marian  Popescu bankruptcy@attorneykohm.com,
         michaelb@attorneykohm.com
         Michelle  Chow    chowtrustee@swbell.net,  mchow@ecf.epiqsystems.com
         US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV

                                          TOTAL: 4